# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ANN MARIE VENOSH | : | No. 683 MAL 2015 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| JACK HENZES, M.D., CINDY ANDERSON, PA-C; SCRANTON ORTHOPEDIC SPECIALISTS, P.C. AND MOSES TAYLOR HOSPITAL | : | |
| | : | |
| PETITION OF: BLUE CROSS OF NORTHEASTERN PENNSYLVANIA AND FIRST PRIORITY HEALTH | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justices Eakin and Donohue did not participate in the decision of this matter.